CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG -1 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| TREX COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.: 5:17-cv-00071 |
| v. ) | |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY ) | |
| Serve: Per Fed. R. Civ. P. 4(i)(2) and ) | |
| 6 C.F.R. § 5.42 ) | |
| 1. Acting United States Attorney ) | |
| Rick A. Mountcastle, ) | |
| The United States Attorney's ) | |
| Office Western District of ) | |
| Virginia ) | |
| 310 1st Street, S.W. ) | |
| Roanoke, VA 24011, and ) | |
| 2. Office of the General Counsel ) | |
| U.S. Department of Homeland ) | |
| Security ) | |
| Washington, D.C. 20528 ) | |
| (via certified mail) ) | |
| ) | |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES ) | |
| Serve: Per Fed. R. Civ. P. 4(i)(2) and ) | |
| 6 C.F.R. § 5.42 ) | |
| 1. Acting United States Attorney ) | |
| Rick A. Mountcastle, ) | |
| The United States Attorney's ) | |
| Office Western District of ) | |
| Virginia ) | |
| 310st Street, S.W. ) | |
| Roanoke, VA 24011, and ) | |
| 2. Office of the General Counsel ) | |
| U.S. Department of Homeland ) | |
| Security ) | |
| Washington, D.C. 20528 ) | |
| (via certified mail) ) | |

| | |
|---|---|
| ELAINE C. DUKE, Acting Secretary of<br>Homeland Security (Official Capacity Only)<br>  Serve: Per Fed. R. Civ. P. 4(i)(2) and<br>    6 C.F.R. § 5.42<br>    1. Acting United States Attorney<br>       Rick A. Mountcastle,<br>       The United States Attorney's<br>       Office Western District of<br>       Virginia<br>       310 1ˢᵗ Street, S.W.<br>       Roanoke, VA 24011, and<br>    2. Office of the General Counsel<br>       U.S. Department of Homeland<br>       Security<br>       Washington, D.C. 20528<br>       (via certified mail)<br><br>JAMES W. MCCAMENT, Acting Director of<br>United States Citizenship and Immigration<br>Services (Official Capacity Only)<br>  Serve: Per Fed. R. Civ. P. 4(i)(2) and<br>    6 C.F.R. § 5.42<br>    1. Acting United States Attorney<br>       Rick A. Mountcastle,<br>       The United States Attorney's<br>       Office Western District of<br>       Virginia<br>       310 1ˢᵗ Street, S.W.<br>       Roanoke, VA 24011, and<br>    2. Office of the General Counsel<br>       U.S. Department of Homeland<br>       Security<br>       Washington, D.C. 20528<br>       (via certified mail)<br><br>RON ROSENBURG, Chief, Administrative<br>Appeals Office (Official Capacity Only)<br>  Serve: Per Fed. R. Civ. P. 4(i)(2) and<br>    6 C.F.R. § 5.42<br>    1. Acting United States Attorney<br>       Rick A. Mountcastle,<br>       The United States Attorney's<br>       Office Western District of<br>       Virginia<br>       310 1ˢᵗ Street, S.W.<br>       Roanoke, VA 24011, and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

{#2229127-1, 110233-00011-05}

```
                    2. Office of the General Counsel  )
                       U.S. Department of Homeland    )
                       Security                       )
                       Washington, D.C. 20528         )
                       (via certified mail)           )
                                                      )
GREGORY A. RICHARDSON, Director,                      )
 Texas Service Center  (Official Capacity Only)       )
         Serve: Per Fed. R. Civ. P. 4(i)(2) and       )
                6 C.F.R. § 5.42                       )
                    1. Acting United States Attorney  )
                       Rick A. Mountcastle,           )
                       The United States Attorney's   )
                       Office Western District of     )
                       Virginia                       )
                       310 1st Street, S.W.           )
                       Roanoke, VA 24011, and         )
                    2. Office of the General Counsel  )
                       U.S. Department of Homeland    )
                       Security                       )
                       Washington, D.C. 20528         )
                       (via certified mail)           )
                                                      )
                       Defendants.                    )
```

## COMPLAINT FOR REVIEW

Comes the Plaintiff, Trex Company, Inc., by counsel, and respectfully requests that this Court review a final decision issued by the Administrative Appeals Office on June 29, 2017 resulting in a denial of a Form I-140 Immigrant Visa Petition submitted by Trex Company, Inc., vacate that decision, and grant Trex Company, Inc. the non-monetary relief it seeks, namely approval of its Form I-140 Immigrant Visa Petition on the grounds and for the reasons set forth below:

### PARTIES

1.  Plaintiff, Trex Company, Inc. ("Trex"), is the largest U.S. manufacturer of wood-alternative decking, railing and fencing and is headquartered in Winchester, Virginia and is the

Petitioner of a Form I-140 Immigrant Visa Petition for Classification as Member of a Profession with a Bachelor's Degree under Section 203(b)(3)(A)(ii) of the Immigration and Nationality Act, 8 U.S.C. § 1153(b)(3)(A)(ii)[1], filed on June 14, 2016, seeking to secure an employer-sponsored immigrant visa for Brijesh Nataraja Pillai Ashokkumar (Beneficiary) that would permit him to pursue adjustment of status from his current non-immigrant H-1B status to that of a lawful permanent resident and would allow Trex to lawfully employ Mr. Nataraja Pillai Ashokkumar on a permanent, as opposed to temporary, basis.

2. Defendant Department of Homeland Security ("DHS") has at its mission a range of responsibilities from the prevention of terrorist attacks within the United States, to securing cyberspace, ensuring disaster resilience, managing the borders of the United States to administering its immigration laws.

3. Defendant United States Citizenship and Immigration Services ("USCIS") is a bureau within DHS and is responsible for the administration and enforcement of the Immigration and Nationality Act ("INA") and all other laws relating to the immigration and naturalization of non-citizens.

4. Defendant Elaine C. Duke is the Acting Secretary of Homeland Security and the head of DHS.)[2] The responsibilities of the Secretary of Homeland Security are set forth at 8 U.S.C. §§ 1103(a)(1)-(4), among which are: to administer and enforce the INA and all other laws relating to the immigration and naturalization of aliens; to control, direct and supervise all employees; to establish such regulations, issue such instructions, and perform such other acts deemed necessary for carrying out his authority; and to require any employee of DHS or the

---

[1] For brevity, future references to Trex's filing may be to "Form I-140 Petition."
[2] Pursuant to Fed. R. Civ. P. 25(d), when Acting Secretary Duke formally resigns or otherwise ceases to hold the office of Secretary of Homeland Security, her successor is automatically substituted as a party with future pleadings noting this change.

Department of Justice to perform or exercise any of the powers, privileges, or duties conferred or imposed by Chapter 12, Immigration and Nationality, of Title 8 of the U.S. Code or regulations issued thereunder upon any other employee of DHS. Mr. Kelly is sued in his official capacity only.

5. Defendant James W. McCament is the Acting Director of USCIS, a position created by Section 451 of the Homeland Security Act, 6 U.S.C § 271. Pursuant to said Section 451, Acting Director McCament administers the provisions of the INA through his agents and officials of USCIS. He oversees the operations of personnel of USCIS inclusive of those who adjudicate visa petitions filed by or on behalf of aliens, application for permanent residency status, and appeals from any action denying such petitions. Mr. McCament is sued in his official capacity only.

6. Defendant Ron Rosenburg is the Chief of the Administrative Appeals Office of USCIS, an office created by the Implementation of Internal Reorganization of the Immigration and Naturalization Service, 59 Fed. Reg. 60,065, 60,066 (Nov. 22, 1994) and, by virtue of delegation from DHS pursuant to 6 U.S.C. § 112(b)(1), 8 C.F.R. § 2.1 and DHS Delegation Number 0150.1(U) (effective Mar. 1, 2003), exercises independent, *de novo* appellate review of decisions of officers of USCIS, but is not independent of its parent bureau, USCIS. Mr. Rosenburg is sued in his official capacity only.

7. Defendant Gregory A. Richardson is the Director of the Texas Service Center of USCIS located in Dallas, Texas. He has authority to adjudicate employer-based immigrant visa petitions filed by employers. Mr. Richardson is sued in his official capacity only.

{#2229127-1, 110233-00011-05}

## JURISDICTION

8. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 as this is a civil action arising under the Constitution, laws or treaties of the United States.

9. The Administrative Procedures Act ("APA") provides a waiver of sovereign immunity as well as a cause of action. 5 U.S.C. § 702.

10. Trex, by initially pursuing an appeal to the Administrative Appeals Office, has exhausted all administrative remedies available to it and has no other recourse to judicial review other than through this action.

## STANDING

11. Trex has standing to bring this Complaint for Review pursuant to 5 U.S.C. § 704 as the decision of Defendant Rosenburg of the Administrative Appeals Office denying the Petition of Trex is a final decision that is a definitive position on the issue that inflicts an actual, concrete injury upon Trex.

## VENUE

12. Venue is proper in this Western District of Virginia, Harrisonburg Division, pursuant to 28 U.S.C. § 1391(e)(1)(C) as this in a civil action where one or more defendants is an officer of the United States or any agency acting in his official capacity and Trex, as the Plaintiff, resides in Winchester, Virginia, which is within the Harrisonburg Division of the Western District of Virginia, and no real property is involved in this action.

## FACTUAL BACKGROUND

13. As the largest U.S. manufacturer of wood-alternative decking, railing and fencing that collects almost 1.3 billion plastic bags and 200 to 300 million pounds of wood scraps annually and employs 750 and counting employees, Trex is in need of a full-time Business

Intelligence Analyst ("BIA") on a permanent basis to provide sophisticated analysis with regard to production and delivery of goods from the standpoints of efficiency, productivity and minimization of waste.

14. The BIA develops and manages ongoing data modeling, reporting and solution deployments. This position reports directly to the Information and Technology Manager and requires an individual who is completely at ease with database and data warehousing concepts plus possesses expert capabilities with complex framework manager models. Key duties and responsibilities for this position include the following:

- Working with IT Management Team to define, design, develop and deploy data warehouse process that aligns with corporate goals and vision;

- Identifying sources of data that can be extracted from current databases, enterprise application databases and other third-party solutions and weaving into a single repository that is coded, cleaned, scrubbed and loaded into a data warehouse;

- Developing PL/SQL code[3] for implementation of data warehouse business as well as transformation rules that eliminate issues arising from risk of multiple definitions from different business users;

- Working with internal and external customers including those involved in Finance, Operations, Sales, Marketing, Manufacturing and Distribution, just to name some, to understand and address reporting requirements and developing and testing reports, dashboards and cubes to match user requirements;

---

[3] PL/SQL stands for Procedural Language/Structured Query Language and utilizes procedural language elements, i.e., conditions and loops, with declarations and statements.

{#2229127-1, 110233-00011-05}

- Serving as a mentor to those with less experience or talent; and
- Serving as the primary solution analyst for business intelligence ("BI"), which means being responsible for the analysis, configuration management, ongoing support, and maintenance for mission critical data warehouse for the company.

15. The employer-sponsored immigrant visa process in the context of this type of position requires a three-step process:

A. Securing Labor Certification from the Department of Labor by way of successful completion of the Permanent Electronic Review Management ("PERM") process;

B. Upon receipt of an approved Labor Certification, submission of a Form I-140 to USCIS seeking approval for an immigrant visa; and

C. Upon the successful conclusion of the previous step, submission of a Form I-485 to, in this case, adjust the legal status of the subject foreign national, Nataraja Pillai Ashokkumar, from nonimmigrant to immigrant with designation as a lawful permanent resident. Because of quota limitations, there can be an extended period of time between approval of a Form I-140 and processing and approval of Form I-485.

16. The first step, for Labor Certification involving the PERM process before the Department of Labor, focuses on the employment position at issue and whether U.S. workers are available and qualified to fill the position, whether the employment of the foreign national will have an adverse effect on the wages of U.S. workers similarly employed, and whether all the

procedural requirements associated with the PERM process, including recruitment activities, have been met by the employer.

17. Trex initiated and successfully completed the first step before the Department of Labor with Labor Certification issued on December 28, 2015 and assigned ETA Case Number A-15173-89884 via ETA Form 9089. While the position within Trex is identified as Business Intelligence Analyst, the Department of Labor classified this position as falling under its Occupational Classification of 15-1132.00, Software Developers, Applications. The signed Labor Certification was part of the Form I-140 Petition package submitted to USCIS during step 2 and can be found at Exhibit 8 attached hereto.

18. Trex then proceeded to the second step and prepared and submitted its Form I-140 Petition with extensive supporting documentation to the USCIS Texas Service Center on June 14, 2016. The Texas Service Center acknowledged receiving Trex's Form I-140 Petition and assigned it Receipt No. SRC-16-178-50370. The Form I-140 Petition package is attached in its entirety as Exhibits 1 to 32.[4] The I-797 Receipt Notice from the Texas Service Center is attached as Exhibit 33.

19. Among the items focused on during this second step by USCIS, is whether the foreign national beneficiary, Nataraja Pillai Ashokkumar, satisfies the minimum education and experience criteria as established for the BIA position in the Labor Certification.

20. The approved Labor Certification, in Part H, sets out the minimum level of education required as a bachelor's degree, within the major field of computer science, and

---

[4] As a Form I-140 Immigrant Visa Petition package generally consists of a cover letter listing all the enclosures, a G-28 Notice of Representation, the Form I-140 and a host of supporting documents, with regard to Trex's Form I-140 Petition package, each document is attached as a separate Exhibit to this Complaint for Review. Pursuant to Fed. R. Civ. P. 5.2(b), the documents attached are exempt from the redaction requirement.

minimum experience levels as thirty-six months of SQL programing, Cognos data warehouse modeling, and Cognos business report writing in sales and finance.

21.  By way of a Request for Evidence ("RFE") dated June 27, 2016, the Texas Service Center initially challenged Trex as to whether Nataraja Pillai Ashokkumar satisfied either the educational or experience criteria as contained in the Labor Certification and, with regard to Nataraja Pillai Ashokkumar's education, set out its initial position that the two degrees possessed by Nataraja Pillai Ashokkumar of Bachelor of Engineering and Master of Information System Management were not in the "field of 'computer science'" and called upon Trex to "submit evidence to establish that the beneficiary [Nataraja Pillai Ashokkumar] is a professional holding a bachelor's degree in Computer Science." The RFE is attached as Exhibit 34.

22.  Trex responded by submitting evidence that included a seven-page written report from Lawrence M. Wolk, M.S.E.E., Professor of Computer and Information Sciences at Fordham University, in which he explained that the field of computer science is a broad field of study and encompasses many sub-disciplines inclusive of information management and computer engineering. Professor Wolk also undertook an analysis of the Master of Information Systems Management earned by Nataraja Pillai Ashokkumar and rendered his professional conclusion that a Master of Information Systems Management is a master's within the broader field of Computer Science. Trex's entire Response to the RFE is attached as Exhibits 35 to 49, with Professor Wolk's Report at Exhibit 38.

23.  On September 30, 2016, Defendant Richardson denied Trex's Form I-140 Petition and gave as his basis for the denial that Trex "submitted no documentary evidence that either degree is in the required field of study." This Denial is attached as Exhibit 50. There was no acknowledgement or assessment of Trex's Response to the RFE, which included Professor

Wolk's written report, no citation to any evidence in opposition to the facts and professional opinions as included within that report, and no indication of any basis by which the evidence provided through Professor Wolk could or should be discounted, rejected or otherwise ignored. Instead, Defendant Richardson identified the standard Trex, as the employer/Petitioner, must meet to be successful: Trex "must prove by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought," and then stated that "[a]fter careful review and analysis of all evidence within the record, USCIS finds that [Trex] has not established eligibility for the benefit sought."

24. Trex then timely appealed to the Administrative Appeals Office. Its I-290B Notice of Appeal and additional filings are attached as Exhibits 51 to 53 and the acknowledgment of receipt and assignment of Receipt No. SRC 17-900-33205 is attached as Exhibit 54. Subsequently, Trex tendered its Brief in Support along with supplemental evidence for consideration that included a supplemental written report from Professor Wolk, in which he clearly states as a fact that "by definition, Information Systems Management, as a scientific discipline and a subject of academic study, falls within the field of Computer Science." Trex's Brief in Support and supplemental evidence are attached as Exhibits 55 to 73 and Professor Wolk's Supplemental Report can be found at Exhibit 57. Additional evidence was tendered demonstrating that majors in Information Systems Management are offered within Departments of Computer Science at most U.S. universities and, also, that the Department of Labor's own O*NET OnLine Resource Center defines the education discipline of "Computer Science" as inclusive of "Computer and Information Sciences, General; Computer Engineering, General; Computer Science; Computer Software Engineering" and, thus, not restrictive to degrees with the words "Computer Science" only. See, specifically, Exhibit 70. The O*NET reference

tendered was specific to the Occupational Classification of 15-1132.00, Software Developers, Applications, assigned by the Department of Labor to the BIA position at issue with its Labor Certification. Trex also tendered an article discussing what constitutes "Computer Science" as additional support for its position. See Exhibit 62.

25. On June 29, 2017, Defendant Rosenberg dismissed Trex's appeal. This Dismissal is attached as Exhibit 74. While acknowledging the supplemental evidence received through Professor Wolk's supplemental written report that "information systems management is a sub-discipline of computer science," Rosenberg nonetheless concluded that "they are not the same field." In doing so, Defendant Rosenberg, a non-expert in this area, rejected a factual statement made by an expert and did so without benefit of any contrary expert evidence. Indeed, ignoring the plethora of evidence submitted demonstrating that the preponderance of U.S. universities offer degrees or concentrations in information systems management through their computer science departments, Rosenberg justified his own factual interpretation on the grounds that "Carnegie Melon [sic] University" has a computer science department and a separate School of Information Systems Management.

26. Defendant Rosenberg, in reaching his decision, did not address any of the case law cited by Trex, nor any of the articles submitted, and completely ignored the Department of Labor's own definition of the field of Computer Science that encompasses "Computer and Information Sciences" among others within that definition.

**Violation of the Administrative Procedures Act**

27. Trex adopts and reiterates, as if fully set out herein, its prior allegations as contained in numerical paragraphs 1 through 26 above.

28. Trex has been aggrieved by agency action under the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.*

29. The Form I-140 Petition and supporting documentation, together with Trex's Response to the RFE from the Texas Service Center and the supplemental evidence tendered to the Administrative Appeals Office, collectively and definitively establish Trex's entitlement to an immigrant visa for its beneficiary, Nataraja Pillai Ashokkumar, as a Professional under Section 203(b)(3)(A)(ii) of the Immigration and Nationality Act, 8 U.S.C. § 1153(b)(3)(A)(ii).

30. Defendants denied Trex's Form I-140 Petition because they closed their eyes to on-point and uncontradicted record evidence without explanation including, but not limited to, the Department of Labor's own definition of the field of computer science.

31. Defendants' dismissal/denial is not supported by the factual evidence placed before USCIS and its officers.

32. Defendants improperly and restrictively interpreted the nomenclature on a particular educational degree as equating to a separate field of study instead of recognizing that a field of study can encompass a variety of degree names and engaged in this interpretative process without any support in the governing law or from the evidence before them.

33. Defendants failed to apply the preponderance of the evidence standard of proof in deciding whether Trex had submitted sufficient proof of eligibility for the immigrant visa classification sought.

34. Defendants failed to administer Section 203(b)(3)(A)(ii) of the Immigration and Nationality Act, 8 U.S.C. § 1153(b)(3)(A)(ii), in accordance with Congressional intent.

{#2229127-1, 110233-00011-05}

35. Defendants, by their actions, acted arbitrarily, capriciously, and contrary to law all in violation of the Administrative Procedures Act through the denial of Trex's Form I-140 Petition.

36. As noted earlier, Trex has exhausted all administrative rights available to it as the decision of Defendant Rosenberg is final and it has no other recourse to judicial review other than by this action.

WHEREFORE, Plaintiff, Trex Company, Inc., requests that this Court:

A. Vacate the dismissal of Trex Company, Inc.'s appeal of the denial of its Form I-140 Petition, as well as the denial itself, as being in violation of the Administrative Procedures Act;

B. Hold that Trex Company, Inc. met its burden of proof with regard to its immigrant visa request and Approve Trex Company, Inc.'s Form I-140 Immigrant Visa Petition for Classification as Member of a Profession with a Bachelor's Degree under Section 203(b)(3)(A)(ii) of the Immigration and Nationality Act, 8 U.S.C. § 1153(b)(3)(A)(ii);

C. Order Defendant United States Citizenship and Immigration Services to issue an I-797 Approval Notice with regard to the Form I-140 Petition of Trex Company, Inc.;

D. Award Trex Company, Inc. attorney's fees and costs, inclusive of taxable court costs, as may be allowed pursuant to 28 U.S.C. § 2412, 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d), and any other authority; and

E.  Grant all other relief as this Court may deem just and proper.

>Respectfully submitted,
>
>TREX COMPANY, INC.
>
>By: s/ Anthony H. Monioudis

Dated: July 31, 2017

Anthony H. Monioudis, Esq.  (VSB #32691)
Leah M. Stiegler, Esq.       (VSB #89602)
**Counsel for Plaintiff, Trex Company, Inc.**
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1400
Roanoke, VA 24011
Telephone:   540-983-7767  (Monioudis)
             540-983-7731  (Stiegler)
Facsimile:   540-983-7711
E-mail:      monioudis@woodsrogers.com
             lstiegler@woodsrogers.com